585 A.2d 399
STATE OF NEW JERSEY v. MAYNARD REID.

October 16, 1990.

Petition for certification denied.

585 A.2d 399
STATE OF NEW JERSEY v. THOMAS KOREN.

October 16, 1990.

Petition for certification denied.

585 A.2d 400
STATE OF NEW JERSEY v. CELESTINO ALMONTE.

October 16, 1990.

Petition for certification denied.

585 A.2d 400
STATE OF NEW JERSEY v. AARON BETHEA.

October 16, 1990.

Petition for certification denied.

585 A.2d 400
STATE OF NEW JERSEY v. AARON BETHEA.

October 16, 1990.

Petition for certification denied. (See 243 *N.J.Super.* 280, 579 *A.*2d 341)